IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY WAYNE YOUNGBLOOD, #263709, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 2:12cv35-TMH |
| CERT OFFICER MCCOVERY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER AND OPINION**

On May 25, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 27). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's motion to dismiss Defendant John Pryor (Doc. # 24) is GRANTED;

2. Defendant John Pryor is DISMISSED with prejudice as a party to this complaint; and

3. This case with respect to the remaining defendants is REFERRED back to the magistrate judge for additional proceedings.

Done this the 15th day of June, 2012.

        /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE