IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GARY WAYNE YOUNGBLOOD, #263 709,  ) ) ) | |
| Plaintiff,  ) ) | |
| v.  ) ) | CASE NO. 2:12-CV-35-WKW [WO] |
| CERT. OFFICER McCOVERY, KENNETH SCONYERS, and LOUIS BOYD,  ) ) ) ) ) | |
| Defendants.  ) | |

## ORDER

Before the court are the Recommendation of the Magistrate Judge (Doc. # 45) and Plaintiff's objections (Doc. # 46). Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

1. Plaintiff's objections (Doc. # 46) are OVERRULED;

2. the Recommendation (Doc. # 45) is ADOPTED;

3. Defendants' motion for summary judgment (Doc. # 21) is GRANTED;

4. this action is DISMISSED with prejudice; and

5. costs are TAXED against Plaintiff.

A final judgment will be entered separately.

DONE this 2nd day of December, 2014.

                                                  /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE